[No. 8670-4-III. Division Three. August 29, 1989.]

LARRY WIEBER, ET AL, *Respondents,* v. COLBERT WATER DISTRICT NO. 9, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83-2-01361-0, Michael E. Donohue, J., entered June 12, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 9564-9-III. Division Three. August 29, 1989.]

CHRIS DITLEFSEN, ET AL, *Appellants,* v. WONDRACK DISTRIBUTING, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 86-2-01025-1, Fred R. Staples, J., entered August 26, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.

[No. 9156-2-III. Division Three. August 29, 1989.]

JOHN BROWNLEE, ET AL, *Respondents,* v. ROGER MCMAHON, ET AL, *Respondents,* THE CITY OF LEAVENWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 84-2-00294-2, Fred Van Sickle, J., entered January 29, 1988. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.